1/14    + ORDER BY + ADDENDUM.

Acknowledgement and lawsuit for all damages together with a and the motion to acquire the credit that I/me hold ( s ) in order to maintain my means of sustainment filed and deposited and ruled upon with case number 1:25-cv-00084-aw-zcb in this state and high sister/sibling court ( s ).

In pro session and acquisition after narrative ( s ) of the facts and event ( s ) that sees this venue and/together with the and this venue and request performed outside the residence but requested domicile in loco do to the rank to the court ( s ) and to pursue the/this matter ( s ) for and to relief do to overseeing of legislative means that does govern and should and is by means of nature guarantee and guarantees the availability and usufruct of the such for which dictates my/the and nature of and free will choice/ces and investment of resources together with the/and time and effort used and consumed. Furthermore and I and me and the have experienced and currently experiencing barriers that appear ( s ) based on publicized and by the accessible technology means provided on the market and business means of exchange from the/this bank and based on legislative means available and can and should be used and consumed of and to access to lending based on assets and credit and dollars based guaranteed from means of professional skilled work performed and acquired. Furthermore and I have been damaged from breach of contract on the credit line in credit form for which the surplus of credit in form of spendable currency covers the blockage in any and the presented form for the release forcing a upfront coverage vs a rebalance from internal circular means in order to enjoy the available credit from the banker ( s ) that perform ( s ) their services for and with the bank that holds and I enjoy a standing contractual business and private together with a join account relationship with awarded products do to my and what it was and still is a high profitable and what should be and is enterprise and purpose together with the motive to attempt for and the risk associated with starting the LLC denying rightful by legislative means to the one of the United States Of America authorized currency form ( the dollar bill ) for purchase of goods and services.Furthermore and the relase of there products in technology form and matter and means have created debt and currently have issolated one of my account preventing any form of interation with it. Furthermore and the means for savings on investments on 401k product and options see a blockage and restricting on and the use and availability and enjoyment because no means to access the such and this from other similar technology based products and system that would guarantee a passage following a/the transfer from the various technology products that I and me and the enjoy ( s ) and have and posses. Furthermore and one of the 401k that I and me and the possess and has presented alien addresses to the one that associates I and me and the to that/this product together with alien phone number ( s ) associated to the I and me and the and joined bank account ( s ) intending intentional and coercion disenfranchise dictated and channel by contrasting behavior and means of practise and means of operation offered from the personnel associated to the/this bank and lending together with a/the financial system from the governie regulatory body produce and use publicly to regulate interactions and choices and risk and means of and for profit operations and acquisition and/or volatile of various nature investments.
Furthermore and I am experiencing inconsistent behaviors for purchases of goods and services used and performed and the transactional nature on same brand umbrella and technology and

means using the product available and provided and released by the personnel and body appertained the/this/my bank forcing in place stayed restriction of free movement altering free will and creating and perceiving turmoil and agitation. Furthermore and I am being excluded by third party acquired product by employee means without and no motive to exist ( s ) and/or presented by mere will and/or choice preventing me the enjoyment and correlated means associated to the/mine LLC motive and mission to exist ( s ) ( for profit ) of recorded and deposited assets from their system with a current net worth of ten million dollars +. Furthermore and I am experiencing scissor ( s ) of cost by a portion of recruiting companies offering and altering price markets forcing acceptance of the alteration prices diminishing the professional skilled service provider profit margin. Furthermore and I was victim of masked free consulting by interview with an attractive ( bite ) of 110$/hr from the/this state for which I have sought legal representation but in vain received no response or dismissal of acceptance and other interviewed masked always by attractive monetary retribution and excluded after performing in the interview process and unveiling knowledge transferring with no compensation and/or counterpart.

I am here by motioning the court for an order to release the acquired compensation added to the
case number 1:25-cv-00084-aw-zcb and presented in invoice form and will have the continuation and other invoice do that I was awarded the freely and openly job.
Furthermore and I have received several transpasing warnings without any cognition of cause or motivation while allowing discrimination and semitic actions and the streams of denial of service and or goods by mere word from not clear titles or recognized personnel.

Pro se

( Us ) Thomas Zangari, Zangari Thomas
( Eu ) Zangari Thomas

( Olupta services and solutions LLC )

ORDER BY STATUE AND DOCTRINE AND LEGISLATION TOGHETER with VEST

I HER BY PRO SE FOX CASE <u>1:25-CV-00084-AW-ECB</u> IN VEST AND FIGURE BY THE AND ACQUIRED STATUE DO TO THE PATH THA THIS FILLING RECOGNIZES(?) AND THE/THIS <u>HIGH COURT RAPRESENTE AND ~~EMPOWERS~~ BEEN THEY/SUCH</u> JUDGMENT NULL AND DISMISSES THE/THIS EFFORT WITH PREJUDICE DO TO LACK AND/OR INEXISTING AND/OR NON SUPPORTED AND/OR LEGLISLATIVE MEANS AND MANNER AND INTENT. THERE FOR THE QUESTION EXIST AND THE MOTION AND RULEING AND ORDER FILED ~~USDC FLND CV~~ TO BE VALID UNTILL PROVEN OTHERWISE FILED ON APR 8'25 PM 3:16 ON THE/THIS HONORABLE HIGH COURT (US) ZANGARI THOMAS, THOMAS ZANGARI (OLOSSA SERVICES AND SOLUTIONS LLC)
(EU) ZANGARI THOMAS                                04-09-2025

ADDENDUM ON FILLING PROSE FOR CASE   1:25-CV-00084-AW-ZCB

DO TO LACK OF MEANS IN ORDER TO ADDRESS the RECOGNIZES VERO I AM FILLING SUCH ADDENDUM DO THAT I WAS ABLE TO VERIFY THREW ELETRONIC MEANS THE CORRECT SPELLING. THEREFOR THE QUESTION MARK IS SUBSTITUTED BY THIS ADDENDUM AND THE LIGITIMASY OF THIS FILLING IS MENT ON HIS ENTIRETY.

(US) ZANGARI THOMAS, THOMAS ZANGAR.

(EU) ZANGAR. THOM

(OLUPSA SERVICES AND SOLUTIONS LLC.)

04-09-2025

AUTHENTICATED,
OHIO LEGISLATIVE SERVICE
COMMISSION
DOCUMENT #249114

# Ohio Revised Code
Section 3103.01 Mutual obligations.

Effective: October 1, 1953
Legislation: House Bill 1 - 100th General Assembly

Husband and wife contract towards each other obligations of mutual respect, fidelity, and support.

Bcc:
Date: Sun, 16 Mar 2025 18:48:46 -0400
Subject: Continuation of suspection regardles of channeled withdraw that contrapose behavior on choice made by signature

----------

From: **thomas zangari** <thomas.zangari@olupta.com>
Date: Sun, Mar 16, 2025 at 6:55 PM
To: Zuhre Tosun <zuhre07@gmail.com>, susan zuhra tosun <susan.z.tosun@olupta.com>


To the party(s) of interest,

I am following up after verbal communication and transmittion of the/this sunspention traced by our video and audio conversation thread with proper written and redacted and traced motivation that motivates and has motivated such/this path and forced severe action ( s ) regardless of the/your withdraw and interest from olupta services and solutions llc operations and statue and figure and vest.
The motivation are the following:

- conspiracy to defraud.
- conspiracy to bankrupt.
- alleged collusion based on contradictory behavior from action and responsibilities acquired by and with signature on free will status.
- Not tracable and or intracable spending and or out of trace finance ( personal ).
- isolation tactics.
- false.
- cohersion.
- carelessness and negligence.

Therefore, in order to save guard the LLC togheter with all the assets under or part of it, I am forced to self invest and act with authoritarian figure as the good father of the family and prevent any self inflicting harm that you may/can/will/do to your self as the personal and the guridical figure that you represent and can influence to. Therefore, your decision and liberty of conducting any personal or in any other matter decision that will have impact in any or other form of the elements that can or are or/and will be of the/this LLC will need to be approved from and to me as the officer and agent the and solo. with verbal and written consent threw this email thread.



( Us ) Zangari Thomas, Thomas Zangari


Olupta services and solutions LLC
Owner/Managing Partner ( Solo )/Cto/Engineer/Developer

---------- Forwarded message ---------
From: **thomas zangari** <thomas.zangari@olupta.com>
Date: Sun, Mar 16, 2025, 6:48 PM
Subject: Continuation of suspection regardles of channeled withdraw that contrapose behavior on choice made by signature
To: susan zuhra tosun <susan.z.tosun@olupta.com>, Zuhre Tosun <zuhre07@gmail.com>



----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Sun, Mar 16, 2025 at 6:55 PM
To: <thomas.zangari@olupta.com>
[Quoted text hidden]

5/14

( Eu ) Thomas Zangari

Olupta services and solutions LLC
Owner/Managing Partner ( Solo )/Cto/Engineer/Developer

On Fri, Mar 25, 2022, 4:43 AM thomas zangari <thomas.zangari@olupta.com> wrote:
> I am informing that I am forced to take action based on your behavior, intent and lack of action to redeem and show
> good faith. I am suspending you for 1 year as per signed agreement on the 2/5/2022 that you have voluntarily signed.
>
>
> Sincerely,
>
> Thomas Zangari
> Cto/Managing partner/Owner
>
> Olupta Services and Solutions, L.L.C.
> W 740-571-6455

---------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Sun, Mar 16, 2025 at 6:48 PM
To: <thomas.zangari@olupta.com>



### Address not found

Your message wasn't delivered to susan.z.tosun@olupta.com because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

https://support.google.com/mail/?p=NoSuchUser

---------- Forwarded message ----------
From: thomas zangari <thomas.zangari@olupta.com>
To: susan zuhra tosun <susan.z.tosun@olupta.com>, Zuhre Tosun <zuhre07@gmail.com>
Cc:

thomas.zangari@olupta.com
zuhre07@gmail.com                                 susan.z.tosun@olupta.com

---

From: **Susan Zuhra Tosun** <zuhre07@gmail.com>
Date: Sun, Mar 16, 2025 at 6:57 PM
To: thomas zangari <thomas.zangari@olupta.com>

( Us ) Zangari Thomas, Thomas Zangari
( Eu ) Thomas Zangari
I acknowledge.

I never had anything to do with LLC , I don't know the business and I don't even know what it is as I am in different field.

I don't want anything to do with LLC.

Susan Zuhra Tosun


Sent from my iPhone

---

From: **thomas zangari** <thomas.zangari@olupta.com>
Date: Sun, Mar 16, 2025 at 7:19 PM
To: Susan Zuhra Tosun <zuhre07@gmail.com>
[Quoted text hidden]

[Quoted text hidden]

( Us ) Thomas Zangari, Zangari Thomas
( Eu ) Zangari Thomas

Olupta Services and Solutions LLC

**Subject: Continuation of suspection regardles of channeled withdraw that contrapose behavior on choice made by signature**

From: **thomas zangari** <thomas.zangari@olupta.com>
Date: Sun, Mar 16, 2025 at 6:48 PM
To: susan zuhra tosun <susan.z.tosun@olupta.com>, Zuhre Tosun <zuhre07@gmail.com>

To the party(s) of interest,

I am following up after verbal communication and transmittion of the/this sunspention traced by our video and audio conversation thread with proper written and redacted and traced motivation that motivates and has motivated such/this path and forced severe action ( s ) regardless of the/your withdraw and interest from olupta services and solutions llc operations and statue and figure and vest.
The motivation are the following:

- conspiracy to defraud.
- conspiracy to bankrupt.
- alleged collusion based on contradictory behavior from action and responsibilities acquired by and with signature on free will status.
- Not tracable and or intracable spending and or out of trace finance ( personal ).
- isolation tactics.
- false.
- cohersion.
- carelessness and negligence.

Therefore, in order to save guard the LLC togheter with all the assets under or part of it, I am forced to self invest and act with authoritarian figure as the good father of the family and prevent any self inflicting harm that you may/can/will/do to your self as the personal and the guridical figure that you represent and can influence to. Therefore, your decision and liberty of conducting any personal or in any other matter decision that will have impact in any or other form of the elements that can or are or/and will be of the/this LLC will need to be approved from and to me as the officer and agent the and solo, with verbal and written consent threw this email thread.

( Us ) Zangari Thomas, Thomas Zangari

t≥ 7/14    8/14

https://support.google.com/mail/?p=NoSuchUser

susan.z.tosun@olupta.com

https://support.google.com/mail/?p=NoSuchUser

---

( Us ) Zangari Thomas, Thomas Zangari
( Eu ) Thomas Zangari

[Quoted text hidden]

---

( Us ) Thomas Zangari, Zangari Thomas

path and forced severe action ( s ) regardless of the/your withdraw and interest from olupta services and solutions llc operations and statue and figure and vest.
The motivation are the following:

- conspiracy to defraud.
- conspiracy to bankrupt.
- alleged collusion based on contradictory behavior from action and responsibilities acquired by and with signature on free will status.
- Not tracable and or intracable spending and or out of trace finance ( personal ).
- isolation tactics.
- false.
- cohersion.
- carelessness and negligence.

Therefore, in order to save guard the LLC togheter with all the assets under or part of it, I am forced to self invest and act with authoritarian figure as the good father of the family and prevent any self inflicting harm that you may/can/will/do to your self as the personal and the guridical figure that you represent and can influence to. Therefore, your decision and liberty of conducting any personal or in any other matter decision that will have impact in any or other form of the elements that can or are or/and will be of the/this LLC will need to be approved from and to me as the officer and agent the and solo, with verbal and written consent threw this email thread.

Sincerely and with respect,

( Us ) Zangari Thomas, Thomas Zangari


Olupta services and solutions LLC
Owner/Managing Partner ( Solo )/Cto/Engineer/Developer

[Quoted text hidden]

---



### Address not found

Your message wasn't delivered to **susan.z.tosun@olupta.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

9/14    10/14



### Address not found

Your message wasn't delivered to **susan.z.tosun@olupta.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

https://support.google.com/mail/?p=NoSuchUser

susan.z.tosun@olupta.com

https://support.google.com/mail/?p=NoSuchUser

To the party(s) of interest,

I am following up after verbal communication and transmittion of the/this sunspention traced by our video and audio conversation thread with proper written and redacted and traced motivation that motivates and has motivated such/this



AUTHENTICATED,
OHIO LEGISLATIVE SERVICE
COMMISSION
DOCUMENT #315653

# Ohio Revised Code
Section 3103.03 Married persons' obligations of support.
Effective: April 3, 2024
Legislation: House Bill 33

(A) Each married person must support the person's self and spouse out of the person's property or by the person's labor. If a married person is unable to do so, the spouse of the married person must assist in the support so far as the spouse is able. The biological or adoptive parent of a minor child must support the parent's minor children out of the parent's property or by the parent's labor.

(B) Notwithstanding section 3109.01 of the Revised Code and to the extent provided in section 3119.86 of the Revised Code, the parental duty of support to children shall continue beyond the age of majority as long as the child continuously attends on a full-time basis any recognized and accredited high school. That duty of support shall continue during seasonal vacation periods.

(C) If a married person neglects to support the person's spouse in accordance with this section, any other person, in good faith, may supply the spouse with necessaries for the support of the spouse and recover the reasonable value of the necessaries supplied from the married person who neglected to support the spouse unless the spouse abandons that person without cause.

(D)(1) If a parent neglects to support the parent's minor child in accordance with this section and if the minor child in question is unemancipated, any other person, in good faith, may supply the minor child with necessaries for the support of the minor child and recover the reasonable value of the necessaries supplied from the parent who neglected to support the minor child.

(2) A duty of support may be enforced by a child support order, as defined under division (B) of section 3119.01 of the Revised Code.

(E) If a decedent during the decedent's lifetime has purchased an irrevocable preneed funeral contract pursuant to section 4717.34 of the Revised Code, then the duty of support owed to a spouse pursuant to this section does not include an obligation to pay for the funeral expenses of the deceased spouse. This division does not preclude a surviving spouse from assuming by contract the obligation to pay for the funeral expenses of the deceased spouse.

Case 6:25-cv-00698-PGB-LHP    Document 1    Filed 04/22/25    Page 14 of 16 PageID 14

4/22/25, 10:35 AM                Olupta services and solutions, L.L.C. Mail - timesheet and timekeeping with relative expenses and hr cost for awarded job for FCC...

 *12 1414 12/14*

thomas zangari <thomas.zangari@olupta.com>

## timesheet and timekeeping with relative expenses and hr cost for awarded job for FCC engagement

2 messages

---

**thomas zangari** <thomas.zangari@olupta.com>    Tue, Mar 4, 2025 at 5:03 PM
To: tracy.dinh@softtechconsulting.com
Cc: van.do@softtechconsulting.com, umasankar.arumugam@softtechconsulting.com, thomas zangari <thomas.zangari.work@gmail.com>

Hello,

Do to anomalies from the procurator with a constructed dismissal based on behavior that does contrapose and harm together with damaging the receiver of the services that the job awarded to me will provide. I am providing my timesheet with the hr rate contracted with the procurator that has failed to comply with federal guidelines that matches and required to the type of security clearance needed for the position.

Sincerely and with respect,

( Us ) Thomas Zangari, Zangari Thomas
( Eu ) Zangari Thomas
Olupta Services And Solutions L.L.C.
Owner, CTO, Engineer, Developer

( It ) +39 333-225-0267
( Us ) +1 401-696-5269

---

📄 **Invoices   January - February 2025   - Sheet1.pdf**
47K

---

**thomas zangari** <thomas.zangari@olupta.com>    Wed, Mar 12, 2025 at 10:59 PM
To: tracy.dinh@softtechconsulting.com
Cc: van.do@softtechconsulting.com, umasankar.arumugam@softtechconsulting.com, thomas zangari <thomas.zangari.work@gmail.com>

Hello,

Do to continues anomalies received in order to start the awarded job and to that my first timesheet with the hr and invoices
was not paid off , I am adding this second one together with the bank coordinates to where to deposit the sum.
The current credit that I am etatiled and owner and do of is  $3354 + $15652 = $19006.

Account number: ▓▓▓▓▓▓8832
Routing number: ▓▓▓▓196
Bank of America

Disclaimer: This email and any attachments are sent in strictest confidence for the sole use of the addressee and may contain legally privileged, confidential, and proprietary data. If you are not the intended recipient, please advise the sender by replying promptly to this email and then delete and destroy this email and any attachments without any further use, copying or forwarding.
[Quoted text hidden]

4/22/25, 10:35 AM   Gupta services and solutions, L.L.C. Mail - timesheet and timekeeping with relative expenses and hr cost for awarded job for FCC...

Case 6:25-cv-00698-PGB-LHP   Document 1   Filed 04/22/25   Page 15 of 16 PageID 15

📄 **Invoices  March - 5_6_7_10_11_12 2025   - Sheet1.pdf**
47K

12/14 ± 13/14

Olupta Services and Solutions L.L.C.

# Invoices

To:
Soft Tech Consulting
4229 Lafayette Center Dr STE 1700, Chantilly, VA 20151
( 703 ) 879-4606

Date: April 22,2025
Invoice #: nlb-01-2025, nlb-02-2025, fcc-04, fcc-05
Customer ID: Fcc-chain

| Saleperson | Job | Payment Terms | Due Date |
|---|---|---|---|
| Zangari,Thomas | Senior Full Stack Engineer | Monthly N15 | End Of Month |

| Q ty | Description | Unit Price | Line Total |
|---|---|---|---|
| 536/Hr | Mid to High Risk public trust colaterals and risk for full stack work on FCC It infostructure, solution and system | 65Hr/W2 | $34840+$2613=$37453 |